

FILED & JUDGMENT ENTERED
Christine F. Winchester

February 18 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T. Beyer_
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CRAIG ALLEN PONDER, JR., ) | Case No. 25-30098 |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |

**ORDER ON DEBTOR'S EX PARTE MOTION FOR EXTENSION
OF TIME TO FILE PLAN, SCHEDULES AND STATEMENTS**

This matter is before the Court on the Debtor's Ex Parte Motion for Extension of Time to File Plan, Schedules and Statements (the "Motion"). The Court has reviewed the Motion and for cause shown:

IT IS ORDERED that:

1. The Motion is GRANTED.

2. The Debtor has until February 27, 2025, to file the plan and remaining schedules and statements in this Chapter 13 case.

This Order has been signed electronically.     United States Bankruptcy Court
The Judge's signature and Court's seal appear
at the top of the Order.